IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**CHRISTOPHER D. GIBSON,**

    **Plaintiff,**

**vs.**                                                                              **CASE NO. 1:05CV157-MMP/AK**

**U.S. SMOKELESS TOBACCO**
**COMPANY,**

    **Defendant.**

                                                   /

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding IFP and pro se, filed the complaint in this cause on September 14, 2005, alleging that the defendants violated federal law by selling him chewing tobacco at the prison canteen. (Doc. 1). The second amended complaint (doc. 26) was served on the named defendants, who responded by special appearance to advise Plaintiff of the correct defendant for service of process with an address. (Docs. 29 and 30). Plaintiff was directed to file a third amended complaint utilizing the information provided by counsel for the Defendant (doc. 31), and when no pleading was filed a show cause order was entered. (Doc. 33). Plaintiff responded by filing a motion for extension of time (doc. 34), which was granted through March 30, 2007. (Doc. 36). When no pleading was filed a second show cause order was entered advising Plaintiff that this case had gotten old and the pleading he was ordered to file required no

expertise and he should file it by April 20, 2007, or risk dismissal of his lawsuit. (Doc. 37). There has been no amended pleading filed and no further contact by the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with orders of this Court directing that he file an amended pleading (docs. 31, 36 and 37) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of April, 2007.

　　　　　　　　　　　　　　　　*s/ A. KORNBLUM*
　　　　　　　　　　　　　　　　**ALLAN KORNBLUM**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:05CV157-MMP/AK