IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER D. GIBSON,

    Plaintiff,

v.                                                      CASE NO. 1:05-cv-00157-MP-AK

U.S. SMOKELESS TOBACCO
COMPANY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 38, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to prosecute and failure to obey an order of court. The Magistrate Judge filed the Report and Recommendation on Monday, April 23, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were filed.

By prior order, Plaintiff was directed to file a third amended complaint. When Plaintiff failed to file an amended complaint, two show cause orders were entered, advising Plaintiff that he risked dismissal of his lawsuit. To date, Plaintiff has not filed an amended complaint or otherwise shown cause for this failure. Because Plaintiff has not complied with orders directing that he file an amended pleading and has not otherwise prosecuted his lawsuit, the Court agrees with the Magistrate that this case should be dismissed. Therefore, having considered the Report and Recommendation and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case be DISMISSED with prejudice.

**DONE AND ORDERED** this   *16th* day of May, 2007

               *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge